IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERNEST GARRETT,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES AFL-CIO (AFSCME), AFSCME DISTRICT COUNCIL 33, and FRANK PICCIOLI,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 24CV1105** |

## O R D E R

**AND NOW**, this 28th day of March, 2024, upon consideration of Plaintiff's Motion for Preliminary Injunction (ECF No. 4), and Defendants' opposition thereto (ECF No. 14), and after a hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/S/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**